OPINION — AG — ** REGIONAL PLANNING COMMISSIONS — STATUTE REPEALED ** AT LEAST INSOFAR AS CITIES AND TOWNS IN COUNTIES HAVING A POPULATION OF 244,000 OR LESS, ACCORDING TO THE FEDERAL CENSUS OF 1940, ARE CONCERNED 11 O.S. 431 [11-431] — 11 O.S. 437 [11-437] WERE NOT REPEALED BY SENATE BILL NO. 139 (1949) (19 O.S. 841 [19-841] — 19 O.S. 853 [19-853]) CITE: 11 O.S. 431 [11-431], 11 O.S. 437 [11-437] 19 O.S. 841 [19-841], 19 O.S. 853 [19-853] (JAMES C. HARKIN)